**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   14-cv-01235-LTB

THERESA R. LONGMORE,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

**MINUTE ORDER**

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Defendant's Unopposed Motion for Withdrawal of Counsel (Doc 23 - filed February 4, 2015) is **GRANTED**.  Christina J. Valerio is allowed to withdraw as counsel for Defendant herein. Defendant will continue to be represented by David I. Blower, Special Assistant United States Attorney.

Dated:   February 5, 2015